## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS,<br><br>   Plaintiffs,<br><br>v.<br><br>FRNDLY TV, INC.,<br><br>   Defendant. | Case No. 2:21-cv-127-MJH |

### STIPULATION OF DISMISSAL

Plaintiffs Robert Jahoda and Thomas Klaus and Defendant Frndly TV, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 2, 2021

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
nickc@lcllp.com

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
(412) 322-9243
bcarlson@carlsonlynch.com

*Attorneys for Plaintiff*

/s/ Joseph J. Lynett
Joseph J. Lynett
Joseph.Lynett@jacksonlewis.com
Asra Hashmi, Esq.
Asra.Hashmi@jacksonlewis.com
**JACKSON LEWIS P.C.**
Liberty Center, Suite 1000
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Attorney for Defendant*

**IT IS SO ORDERED this 3rd day of November 2021.**

/s/ Marilyn J. Horan
Marilyn Horan